UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20990-CIV-UNGARO/O'SULLIVAN

COOSEMANS MIAMI, INC.,

    Plaintiff,

v.

SUNSHINE CO. FOOD DISTRIBUTOR, INC., et al.,

    Defendants.
                                 /

## ORDER

THIS MATTER comes before the Court on the Plaintiff/Judgment Creditor's Motion for Order to Show Cause Why Defendants/Judgment Debtors Should Not Be Held in Contempt of Court (DE# 24, 10/5/17) and the Defendants' Motion to Dismiss the Complaint/Continuance of this Cause (DE# 28, 10/24/17). These matters were referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Ursula Ungaro pursuant to 28 U.S.C. § 636. (DE# 25, 10/6/17; and DE# 31, 10/26/17, respectively). Having reviewed the motions and responses and having held a hearing, it is

ORDERED AND ADJUDGED that the Plaintiff/Judgment Creditor's Motion for Order to Show Cause Why Defendant/Judgment Debtors Should Not Be Held in Contempt of Court (DE# 24, 10/5/17) is DENIED because the parties have reached an amended payment plan that is contained in a separate order. It is further

ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss the Complaint/Continuance of this Cause (DE# 28, 10/24/17) is DENIED as untimely under Federal Rule of Civil Procedure 60(b). See Fed. R. Civ. P. 60(b). In Gonzalez v. Crosby, 125 S. Ct. 2641 (2005), the Supreme Court explained that "Rule 60(b) contains

its own limitations, such as the requirement that the motion 'be made within a reasonable time' and the more specific 1-year deadline for asserting three of the most open-ended grounds for relief (excusable neglect, newly discovered evidence, and fraud)." Gonzalez, 125 S. Ct. at 2649. The catch all provision of Rule 60(b)(6) requires the movant "to show 'extraordinary circumstances' justifying the reopening of a final judgment." Id. (quoting Ackermann v. United States, 340 U.S. 193, 199 (1950) (other citations omitted)). In the present action, this Court approved and incorporated by reference the stipulated terms of the parties' Notice of Settlement (DE# 17, 4/25/16) into its Order dated and docketed on April 26, 2016. More than one year later, on October 23, 2017, the defendants filed their Motion to Dismiss the Complaint/Continuance of this Cause (DE# 28, 10/24/17), which implicitly seeks relief under Rule 60(b). Accordingly, the defendants' motion to dismiss is untimely.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 2nd day of November, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro
All Counsel of Record